83,646-01

August 10, 2010

To:     Court of Criminal Appeals of Texas

Re:     PENDING APPLICATION FOR WRIT OF HABEAS CORPUS , Art. 11.07
Style:  Ex Parte  CHRISTOPHER ESTRADA
Trial Court Cause No.  13-CR-2096-G


Dear Honorable Clerk of the Court:

This letter is to advise your COURT that the applicant in the above style cause number
has been **GRANTED** release on PAROLE by the Texas Board of Pardons and Parole
Date of Decision:     **August 6, 2015**
Release Status:       **FI- 1**

The applicant should be released from TDCJ with the next thirty (30) **days** from the
date of the BOARDS DECISION.   Until you receive further notice from the applicant
in writing,  you are asked to continue  to send all communications to the current
address on file below;

> Christopher Estrada # 1126845
> Stevenson Unit
> 1525 F.M. 766
> Cuero, Texas 77954

I will notify your COURT immediately upon release, and or change of my address.


                                        Respectfully Submitted

                                        Christopher Estrada
                                        Applicant/Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

NOTICE OF PAROLE PANEL DECISION

NAME: ESTRADA,CHRISTOPHER
SID NUMBER: 05045048             TDCJ-ID NUMBER: 01126845
TDCJ-ID UNIT OF ASSIGNMENT: STEVENSON
HOUSING ASSIGNMENT: DORM O          BED: 114

SUBJECT: Decision to Grant Parole (FI-1)

     After a review of your case, the Board of Pardons and Paroles decision is to grant you parole during the month / year you become eligible.

     The Institutional Division will monitor your treatment plan progress and will report your progress to the Board of Pardons and Paroles.

     This decision may be changed by the Board if there is a change in your status or classification or if additional information is received.

     You will be required to comply with the following special conditions of parole:
S   SUBSTANCE TREAT/RESTRICTIONS     O   OTHER (gainful employment)

     Should you have any questions regarding this notice you are to contact your unit Institutional Parole Office.

This Notice of the Parole Panel Action is your written detailed statement as required by Texas Government Code SECTION 508.1411.
FI1
CC: OFFENDER